UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) CHELBE WILLIAMS MORAES,<br>(2) JESSE JAMES MORAES,<br>(3) HUGO GIOVANNI MORAES, and<br>(4) MARCOS CHACON GIL, a/k/a "MARQUITO"<br><br>    Defendants | CRIMINAL No. 21-10175-ADB |

JOINT INITIAL STATUS REPORT

The superseding indictment charges defendants Chelbe Moraes, Jesse Moraes, and Hugo Moraes with encouraging and inducing an alien to come to, enter, and reside in the United States for commercial advantage and private gain, and conspiracy to commit same, in violation of 8 U.S.C. § 1324(a)(1)(A)(iv), (A)(v)(I), and (B)(i) (Counts One and Two). The superseding indictment also charges defendant Chelbe Moraes with money laundering, and conspiracy to commit same, in violation of 18 U.S.C. §§ 1956(a)(2)(A) & (h) (Counts Three and Four). And it charges defendant Marcos Chacon Gil with transferring false identification documents in violation of 18 U.S.C. § 1028(a) (Count Five). Defendants Hugo Moraes, Jesse Moraes, and Marcos Chacon Gil have all appeared and been arraigned. Defendant Chacon Gil is detained; the other defendants were released on conditions. Defendant Chelbe Moraes has not been apprehended.

Pursuant to Local Rule 116.5(b), the parties submit the following joint status report.

1. **Automatic Discovery and Discovery Requests**

The government has provided initial automatic discovery, which consisted of approximately 6,000 records. The government is in the process of preparing additional materials for production in January 2023.

2. **Timing of Additional Discovery**

The government will provide any additional exculpatory information as provided by the Local Rules.

3. **Timing of Additional Discovery Requests**

The defendants request an additional four weeks to make discovery requests.

4. **Protective Orders**

The government filed an assented-to motion for a protective order, which the Court granted on December 22, 2022.

5. **Pretrial Motions**

The defendants have not filed any pretrial motions under Fed. R. Crim. P. 12(b). They reserve the right to file after review of complete discovery.

6. **Timing of Expert Disclosures**

The Court has not yet established a date for expert witness disclosures. The government will provide expert disclosures as required by Rule 16.

7. **Defenses**

The defendants need additional time to review discovery before deciding whether he intends to raise any affirmative defenses to the present charges.

8. **Excludable Delay**

Zero days of non-excludable time have accrued and 70 days will remain under the Act in which the case must be tried.

9. **Plea Discussions, Trial**

Not all parties have engaged in plea negotiations. It is therefore difficult to assess the likelihood of trial. Any trial is anticipated to last 5-6 days.

10. **Timing of Final Status Conference**

The Court may wish to cancel the Initial Status Conference scheduled for January 5, 2023, as there is no need for the hearing in light of the information set forth in this report. The parties suggest that the Court set an interim status conference for a date in late February or early March, 2022. The parties jointly request that any Speedy Trial Act time be excluded from January 5, 2023, until any further status conference that the Court schedules.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney


By: /s/ *Samuel R. Feldman*
Kelly Begg Lawrence
James D. Herbert
Samuel R. Feldman
Assistant United States Attorneys
United States Attorney's Office MA
1 Courthouse Way
Boston, MA 02210

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                                */s/ Samuel R. Feldman*
                                                Samuel R. Feldman
                                                Assistant United States Attorney

Date: December 23, 2022