UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 21-cr-10175-ADB |
| CHELBE MORAES, et al | ) | |
| | ) | |

**DEFENDANTS' ASSENTED-TO MOTION TO CONTINUE SELF-REPORT DATE**

Now comes the defendants, Jesse Moraes and Hugo Moraes, and request that their self-report date be continued to May 27, 2025. As grounds therefore, the defendants are requesting additional time to report because (1) they have not yet been designated to a facility, and (2) they are in the process of organizing the businesses and financial matters prior to their period of incarceration.

The Government assents to this request until May 27, 2025.

In further detail, the defendants are scheduled to report to their designated Bureau of Prisons facility on May 8, 2025, in three days from today. However, they have not yet been designated to a B.O.P. facility, which they hope will be the minimum-security satellite camp at F.M.C. Devens. In addition, the business recently lost their liquor licenses, which has changed the viability of the businesses and has required difficult decisions related to the future of the Doghouse and Tudo Na Brasa. Both defendants have been working long hours at the restaurants and have to arrange for management and other functions if they are to keep at least one restaurant open. Finally, the defendants and the Government are currently coordinating the return of seized funds that will be immediately forwarded to the Small Business Administration, in satisfaction of a loan. In summary, even if the designation was complete, it would be very

1

helpful to the family to have a couple extra weeks to make further financial and management arrangements for the businesses prior to the periods of incarceration.

The defendants respectfully request that they be ordered to self report to their Bureau of Prisons facility on or before 2:00 p.m. on May 27, 2025.

|  | Respectfully submitted, |
|---|---|
| **Date**: May 5, 2025 | JESSE MORAES |
|  | By his Attorney, |
|  | */s/ Alyssa Hackett* <br> Alyssa Hackett, *she/her* B.B.O. 676880 <br> Law Office of Alyssa T. Hackett <br> 55 Union Street, 3rd Flr., Boston, MA 02108 <br> ahackett@hackett-law.com |
|  | HUGO MORAES <br> By his Attorney, |
|  | */s/ Paul Kelly* <br> Paul V. Kelly |
|  | **Jackson Lewis P.C.** <br> 75 Park Plaza <br> 4th Floor <br> Boston, MA 02116 <br> Direct: (617) 305-1263 | Main: (617) 367-0025 | l <br> Paul.Kelly@jacksonlewis.com | www.jacksonlew |

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 5, 2025.          */s/ Alyssa Hackett*

                                                        Alyssa Hackett